**V. R. (Bill) LOGAN, Movant, v. COMMONWEALTH, Opposed.**

Court of Appeals of Kentucky.

March 26, 1948.

Rodes K. Myers for movant.

A. E. Funk, Attorney General, and Carl D. Perkins and Jo M. Ferguson, Assistant Attorneys General, opposed.

PER CURIAM.

Motion for an appeal from a judgment of the Edmonson Circuit Court convicting movant of the crime of assault and battery and fixing his punishment at a fine of $400 and imprisonment in the county jail for six months.

Appeal denied; Judgment affirmed.

**POPE-CAWOOD LUMBER & SUPPLY COMPANY, appellant, v. CHESTER DEAN, appellee.**

March 19, 1948.

See also 303 Ky. 537, 198 S. W. 2d 227.

G. E. Reams for appellant.

E. L. Morgan for appellee.

PER CURIAM.

Appeal denied.   Judgment affirmed.